No. 03–10227. DuPont v. Maloney, Commissioner, Massachusetts Department of Correction. App. Ct. Mass. Certiorari denied.

No. 03–10230. Wheaton v. Yarborough, Warden. C. A. 9th Cir. Certiorari denied.

No. 03–10253. Sumpter v. Georgia Board of Pardons and Parole, Department of Offender Rehabilitation, et al. C. A. 11th Cir. Certiorari denied.

No. 03–10290. Scott v. Galaza, Warden. C. A. 9th Cir. Certiorari denied.

No. 03–10309. Danks v. Deuth, Superintendent, Correctional Industrial Facility. C. A. 7th Cir. Certiorari denied.

No. 03–10351. Jelks v. Small, Warden, et al. C. A. 9th Cir. Certiorari denied.

No. 03–10352. Jameson v. Alameida, Director, California Department of Corrections, et al. C. A. 9th Cir. Certiorari denied.

No. 03–10390. Harrison v. Crosby, Secretary, Florida Department of Corrections, et al. C. A. 11th Cir. Certiorari denied.

No. 03–10395. Hernandez v. South Carolina et al. C. A. 4th Cir. Certiorari denied.

No. 03–10398. Govan v. South Carolina et al. C. A. 4th Cir. Certiorari denied.

No. 03–10496. Martin v. Carey, Warden, et al. C. A. 9th Cir. Certiorari denied.

No. 03–10502. Stone v. United States. C. A. 4th Cir. Certiorari denied.

No. 03–10576. Gonzalez v. United States. C. A. 11th Cir. Certiorari denied.

No. 03–10577. Fraser v. Zenk, Warden. C. A. 3d Cir. Certiorari denied.